IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00034-RJC

| | |
|---|---|
| USA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JESMENE LOCKHART ) | |
| ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 48: Opinion and Judgment; Doc. No. 50: Mandate).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Jesmene Lockhart (Reg. No. 29956-058) present in Charlotte, North Carolina forthwith, but not later than April 6, 2020, at 9:30 a.m. for trial.

**IT IS FURTHER ORDERED** that counsel will appear for a status conference on March 23, 2020 at 9:30 A.M., in a courtroom to be designated in the Charles R. Jonas Federal Building.

The Clerk is directed to certify copies of this Order the defendant, the Federal Defender, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: February 4, 2020

Robert J. Conrad, Jr.
United States District Judge