UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-34

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JESMENE LOCKHART | ) | |

**THIS MATTER** is before the Court upon the return of a not guilty verdict following a jury trial. (Doc. No. 68).

**IT IS, THEREFORE, ORDERED** that the defendant is acquitted and discharged.

Robert J. Conrad, Jr.
United States District Judge